### (December 6, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GAGGI et al., Defendants, and MAYRA CRUZ SANTIAGO, Appellant.—Appeal from an order of the Supreme Court, Kings County, dated October 22, 1979, which, *inter alia,* adjudicated appellant to be a material witness and placed her in the custody of the Sheriff of the City of New York. Order affirmed, without costs or disbursements. In affirming, we are mindful of the representation by the District Attorney, upon argument of the appeal, that he is ready for an immediate trial. Titone, J. P., Mangano, Rabin and Gibbons, JJ., concur.